IN THE SUPREME COURT OF NORTH CAROLINA

No. 65PA18

Filed 29 March 2019

STATE OF NORTH CAROLINA

v.

NOUI PHACHOUMPHONE


On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 810 S.E.2d 748 (2018), finding no prejudicial error after appeal from judgments entered on 22 September 2016 by Judge Eric L. Levinson in Superior Court, Cleveland County. Heard in the Supreme Court on 4 March 2019.

> *Joshua H. Stein, Attorney General, by Elizabeth Guzman, Assistant Attorney General, for the State.*

> *William D. Spence for defendant-appellant.*


PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice DAVIS did not participate in the consideration or decision of this case.